VENABLE *v.* VEAL *et al.*

SIMMONS, C. J.　Where a will was probated in common form, and the executor, under proper order, sold land of the estate, an heir (though he had no notice of the probate) can not recover the land from one who bona fide and without notice purchased such land at the executor's sale.　Civil Code, § 3281.

*Judgment affirmed.　All the Justices concurring.*

Argued January 11, — Decided January 26, 1901.

Complaint for land.　Before Judge Candler.　DeKalb superior court.　March 26, 1900.

*John A. Wimpy,* for plaintiff.
*Alonzo Field* and *J. N. Glenn,* for defendants.